THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-225-JHC |
| Plaintiff, | ) | |
| v. | ) | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| SOKPHANA SOEUNG, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from January 2, 2025, to January 9, 2025.

DONE this 2nd day of January, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Sokphana Soeung

ORDER TO EXTEND PRETRIAL MOTIONS
DEADLINE
(*United States v. Soeung*, CR24-225-JHC) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**