UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )    No. CR24-225-JHC
                                         )
                Plaintiff,               )
                                         )
        v.                               )    ORDER MODIFYING CONDITIONS
                                         )    OF BOND
SOKPHANA SOEUNG,                         )
                                         )
                Defendant.               )
_____)

THE COURT has considered Sokphana Soeung's unopposed motion for an order modifying conditions of bond, Dkt. # 54, along with the records in this case.

The motion is GRANTED.  Mr. Soeung shall be allowed to attend the Work Skill Game Night at Key Works on February 20, 2026, between 5:00 p.m. and 9:30 p.m.  He will be required to provide his itinerary to the Probation Office and to comply with any directives from his Probation Officer.  All other conditions of release remain in place.

DATED this 19th day of February, 2026.


                                    _____
                                    JOHN H. CHUN
                                    UNITED STATES DISTRICT JUDGE


ORDER MODIFYING CONDITIONS OF BOND
(*United States v. Soeung*, CR24-225-JHC) - 1