UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,               )  No. CR24-225-JHC
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )  ORDER TO SEAL DOCUMENT
                                        )
                                        )
SOKPHANA SOEUNG,                        )
                                        )
          Defendant.                    )
_____ )

THE COURT has considered Sokphana Soeung's motion to seal exhibits 2–4 of the Defense Sentencing Memorandum (Dkt. # 63) and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibits 2–4 be filed under seal.

DONE this 4th day of May, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL DOCUMENT
(*United States v. Soeung*, CR24-225-JHC) - 1